No. 00–10435. BOLDEN v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–10436. MONTGOMERY v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10437. DUNCAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10438. GIEBEL v. SYLVESTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10439. HARPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10440. HUDSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–10441. GAMBLE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–10442. GREENE v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 00–10443. FERNANDEZ-MONTOYA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10444. HAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10446. HINES v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–10447. TAVERAS BATISTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10448. WILLIAMS v. SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10449. TIMMENDEQUAS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 00–10450. DURMER v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.